1.)

RECEIVED
MAY 08 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

FILED
MAY 08 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Travis S. Sulton

v.

B.M. Trate (Warden U.S.P. Atwater)

Petition For Writ of Habeas Corpus
§2241

1:23-CV-00709-CDB-(HC)

Now comes the Petitioner, by way of pro se, petition, moving for this Court to set aside the detention Order of the district Court, pending judicial review, based upon the following:

Pursuant to the Administrative Procedure Act (APA) 5 U.S.C. §702 the petitioner is suffering legal wrong, due to the agency action of the Federal Bureau Of Prisons (BOP), denying me the First Step Act (FSA) time credit, arbitrarily and capriciously. As prior to my release on my charge for which I am currently on probation for, and serving a violation; the BOP was suppose to apply the FSA time credits that I had already earned. They alleged that they would take the credit from my supervision time. However, this never happened, and I am now back on probation violation.

Now the Administration at my current housing Unit team, at United States Penitentiary Atwater, has decided that now that my recidivism score is so high they no longer have to provide what I have already earned. When if they had taken the approx. 270 days of good time credit from my supervision, I would not be serving a probation violation now. Moreover, if they had deducted this time from the current sentence, I would have been released already, to the halfway house.

## ANALYSIS

Pursuant to 5 U.S.C. §701(b)(2), the definition of agency action can be found

//

2.)

in 5 U.S.C. §551, and under this definition agency action includes "relief." 5 U.S.C. §551(13), also see 5 U.S.C. §551(11)(B)("relief - includes the whole or a part of an agency recognition of a claim, right, immunity, privilege, exemption, or exception"). Under section 703 of this title is a independant grant of subject matter jurisdiction. See Appendix at pg. 1. Pursuant to APA §706(1) "To the extent necessary to decision and when presented, the reviewing court shall decide all relevant questions of law, interprets constitutional and statutorial provisions, and determine the meaning or applicability of the terms of an agency action. The reviewing Court shall — Compel agency action unlawfully withheld or unreasonably delayed." Thus, we examine the relief unlawfully withheld, based upon the following:

When an agency finds that justice so requires, it may postpone the effective of action taken by it, pending judicial review. 5 U.S.C. §705. The APA only requires that a person be "adversely affected" by agency action with the meaning of relevant statute, to be "entitled to judicial review thereof." Accordingly, the decision to withold the Good Time Credits (GTC) of the FSA is the conduct described in relevant part. As the BOP has decided to make me earn what I have already earned, but was adversely affected by they decision to withhold my GTC, because I was pending release, when they now allege that they will continue to withhold it until I earn it again; making this a deprivation of liberty without due process.

## DISCUSSION

If the Court would examine my Inmate Request (i.e. Copout) form, the Court will see my attempts to informally resolve my complaint. See Appendix, pge 2. However, you can see in they response where they say I have the credits, but they can't be supplied because of my "recidivism score of High." See Appendix, pg 3-Lower. Further, if you look at the

18 U.S.C. § 3621(e)(2)(B) where it states "The period a prisoner convicted of a nonviolent offense remains in custody after successfully completing a treatment program may be reduced by the Bureau Of Prisons, but such reduction may not be more than one year from the term the prisoner must otherwise serve." See 18 U.S.C. § 3622(a)(6); also see Melendres v. Arpaio, 695 F.3d 990, 1002 (9th Cir. 2012)("it is always in the public interest to prevent the violation of a party's constitutional rights.") In the Black's Law Dictionary, it defines Substantive Due Process is: "The doctrine that the Due Process Clauses of the 5th and 14th Amendments require legislation to be fair and reasonable in content and to further a legitimate governmental objective." 11th Ed. (2019). Bell v. Wolfish, 441 U.S. 539, 99 S. Ct. 1861, 60 L. Ed. 2d 447.

### Relief Sought

The Court should issue the writ, and order the petitioner be released from prison and probation with a finding of time served. Further declaring the withholding of Good Time Credit by BOP to be not only unconstitutional, but unlawful, when rightfully earned.

### Closing Arguments

Where jurisdiction of court is invoked on grounds which, if true, spell out existance of Federal jurisdiction, cause must be entertain for purpose of determining merits either by way of motion or by trial. Dry Creek Lodge, Inc. v. United States, 515 F.2d 926, 20 Fed. R. Serv. 2d (Callaghan) 940 (10th Cir. 1975), cert. denied, Shoshone Tribes v. Dry Creek Lodge, Inc., 449 U.S. 1118, 101 S. Ct. 931, 66 L. Ed. 2d 847 (1981)

4.)

## Certificate Of Service

I, hereby swear under penalty perjury that on this 25th day of April 2023, that this motion was entered into the institutional mailing system, and the information herein is true.

Travis Sulton #27705-171
USP Atwater
PO Box 019001
Atwater, CA 95301

### 3. Section 703 as independent grant of subject matter jurisdiction

Predecessor to 5 USCS § 703 does not itself establish jurisdiction of federal courts over action not otherwise cognizable by them. Kansas City Power & Light Co. v. McKay, 225 F.2d 924, 96 U.S. App. D.C. 273, 8 Pub. Util. Rep. 3d (PUR) 414 (D.C. Cir.), cert. denied, 350 U.S. 884, 76 S. Ct. 137, 100 L. Ed. 780 (1955).

Predecessor to 5 USCS § 703 does not render competent court which lacks jurisdiction on any other ground. Pan American World Airways, Inc. v. Civil Aeronautics Board, 392 F.2d 483, 129 U.S. App. D.C. 159, 10 Av. Cas. (CCH) ¶ 17673 (D.C. Cir. 1968).

Judicial review of Secretary of Labor's attorney's fees award under Federal Employees' Compensation Act (FECA) was precluded under § 703, where FECA in unmistakable terms evinced congressional intent to foreclose judicial review of Secretary's award of attorney's fees and where legislative history of FECA evincing intent to increase benefits to federal employees while saving government expense of defending claims under various other acts indicated that appellants' attempt to bring administrative matter into federal court directly contradicted legislative purpose behind FECA, since nothing in § 703 confers authority to grant relief if any other statute that grants consent to suit expressly or impliedly forbids relief which is sought. Hamby v. Janer, 808 F.2d 1433 (11th Cir. 1987).

Unless Congress specifically maps judicial review path for agency, review may be had in federal District Court under its general federal question jurisdiction, 28 USCS § 1331. Owner-Operators Independent Drivers Ass'n v. Skinner, 931 F.2d 582, 91 Cal. Daily Op. Service 2976, 91 D.A.R. 4793 (9th Cir. 1991).

Appellate jurisdiction was lacking as to alleged federal action in not removing dismissed misdemeanor citation from database on truck drivers' safety records after state agency refused to remove it; such federal action was not rule, regulation, or order, and thus transfer of case to district court was appropriate. Weaver v. Fed. Motor Carrier Safety Admin., 744 F.3d 142, 408 U.S. App. D.C. 361 (D.C. Cir. 2014).

5 USCS § 703 is jurisdictional statute where jurisdiction is otherwise unattainable. Etheridge v. Schlesinger, 362 F. Supp. 198 (E.D. Va. 1973).

Failure to seek judicial review under Administrative Procedure Act of reparations award made by Secretary of Agriculture under 7 USCS § 210 does not bar court from granting relief more extensive than that given by Secretary since Administrative Procedure Act is not independent jurisdictional provision. Rowse v. Platte Valley Livestock, Inc., 604 F. Supp. 1463 (D. Neb. 1985).

Requester of records under Privacy Act could not establish jurisdiction over claims under Administrative Procedure Act (APA) because relief authorized under APA was not award for money damages; federal district courts were proper fora for APA actions. Braun v. United States, 144 Fed. Cl. 560, 2019 U.S. Claims LEXIS 1092 (Fed. Cl. Aug. 30, 2019).

### 4.—Amount in controversy

Administrative Procedure Act authorizes District Courts to entertain suits challenging validity of agency action without regard to amount in controversy, or other requirements contained in alternate jurisdictional statutes. Associated Dry Goods Corp. v. EEOC, 419 F. Supp. 814, 12 Fair Empl. Prac. Cas.

USCS                                             1

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

69852051

(BNA) 1729 (E.D. Va. 1976).

### 5. Necessity of agency action

In action for declaratory judgment and incidental relief under predecessor to 5 USCS § 703, federal court does not have jurisdiction to review alleged wrong due to publication of Public Service Responsibility of Broadcast Licensee by Federal Communications Commission since such publication does not constitute "agency action" within meaning of Administrative Procedure Act. Hearst Radio, Inc. v. Federal Communications Com., 167 F.2d 225, 83 U.S. App. D.C. 63 (D.C. Cir. 1948).

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

69852051

# United States Penitentiary
# Atwater, California

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

**NOTE TO INMATE:** You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 [BP-229 (13)], you **MUST** attempt to informally resolve your complaint through your Correctional Counselor. Briefly state **ONE** complaint below and list what efforts you have made to resolve your complaint informally and state the names of staff contacted. The **ORIGINAL** BP-8 must be attached should you choose to file a BP-9.

Issued By: __JP__ (Initials of Correctional Counselor)
Date Issued to the Inmate: __1-18-23__

**INMATE'S COMMENTS:**

1. Complaint: I writing on the matter that I haven't receive my (FSA) time credit from me Programing / working / schooling from December 24, 2018 – Jan 15, 2020 and after! I was at Fairton FCI RDap Program And I was working Program, and Taking my G.E.D at the same time the law states in the (FSA) Reform Bill Every one at these date and time must Recieve 10 to 15 Days credit (Retro Active.)

2. Efforts you have made to informally resolve: I already wrote BP 8's and BP 9's at Canaan USP still not resolve / or Responde's Back yet. also Case Manager Fisher in Unit B1

3. Names of staff you contacted: All Unit team and CMC Bon shock At USP Canaan Case Manager Fisher

Date Returned to Correctional Counselor: _____

Travis Sulton  __27705-171__  __1-19-23__
Inmate's Signature  Reg. Number  Date

**CORRECTIONAL COUNSELOR'S COMMENTS:**

Efforts made to informally resolve and staff contacted: You Score at a high Risk of Recidivism and there fore FTC does not apply

Date BP-9 Issued: __1-31-23__

_____
Correctional Counselor

__1/30/2023__
Unit Manager (Date)

"Cop Out Request Form"
(Cannan USP)                                    10/5/22
To: Unit B1 unit Manager
"Kurilla"                                       (B1 cell 20)

From: Travis Sulton #27705171

I'm writing you on the matter that I havent recieve my FSA Time credit from me programing, working and schooling from December 24, 2018 - Jan 15, 2020 I was at Fairton FCI at RDap Program and I was working the compound job there and also schooling for my GED at the same time The law states in the First step act Reform everyone at these Dates and Time must Recieve 10 to 15 Days credit (Retroactive) to there sentence And I havent Recieve mines yet Please Help me resolve this matter

※ Also I Need BP-8 ※
   BP-9

```
 ATWKO   531.01 *              INMATE HISTORY              *     04-10-2023
PAGE 001 OF 001 *                DRUG PGMS                 *       14:17:29

REG NO..: 27705-171 NAME....: SULTON, TRAVIS SANTALE
CATEGORY: DRG          FUNCTION: PRT        FORMAT:

FCL     ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP   DATE/TIME
ATW     ED WAIT HX DRUG EDUCATION WAIT-RQ HIST    09-21-2022 1419 CURRENT
CRL     TRANS DECL DRUG TRANS SERVICES DECLINE    08-26-2020 1204 12-23-2020 0559
CRL     MH CMTX NR MENTAL HEALTH TX NOT REFERRED  09-02-2020 1002 12-23-2020 0559
CRL     INELIGIBLE 18 USC 3621 RELEASE INELIGIBLE 09-21-2018 0905 12-23-2020 0559
CRL     FOL PART   FOLLOWUP SERVICES PARTICIPANT  01-07-2020 1453 12-23-2020 0559
CRL     ED COMP    DRUG EDUCATION COMPLETE        10-18-2016 1605 12-23-2020 0559
CRL     DAP FAIL O RESIDENT DRUG TRMT FAIL-OUTCOM 08-26-2020 1204 12-23-2020 0559
CRL     DAP COMP   RES DRUG TRMT COMP/TRANS REQD  01-07-2020 1314 08-26-2020 1204
CRL     TRAN PAR V COMMUNITY TRAN SERV PARTIC-VOL 08-25-2020 0942 08-26-2020 1204
FAI     DAP PART   RESIDENT DRUG TRMT PARTICIPANT 03-12-2020 1425 03-31-2020 1314
FAI     DAP COMP   RES DRUG TRMT COMP/TRANS REQD  01-07-2020 1453 03-12-2020 1425
FAI     DAP PART   RESIDENT DRUG TRMT PARTICIPANT 11-27-2018 1700 01-07-2020 1453
FAI     DAP WAIT   RESIDENT DRUG TRMT WAITING     08-14-2018 1142 12-20-2018 1145
FAI     DAP QUAL   RESIDENT DRUG TRMT QUALIFIED   08-02-2018 1544 11-27-2018 1700
```

> You are Eligible to Earn the credits, However, You Are a Risk of recidivism score of "High". Based on this, you cannot apply these credits at this time. 10/12/22 [signature]

Issued
3/10/23

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 7, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ATWATER USP

TO  : TRAVIS SANTALE SULTON, 27705-171
      ATWATER USP     UNT: 5A    QTR: E54-223U
      P.O. BOX 019001
      ATWATER, CA 95301

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1151622-F2       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : MARCH 1, 2023
SUBJECT 1       : OTHER SENTENCE COMPUTATION
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : PLEASE RE-SUBMIT ALL ORIGINAL DOCUMENTS WITH THE NEW
                 BP-9, TO INCLUDE ALL PREVIOUSLY SUBMITTED BP-9S WITH
                 CORRESPONDING REJECTION RECEIPTS.

U.S. DEPARTMENT OF JUSTICE  **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Sulton  Travis  S       27705171   5A        ATwater
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.      UNIT       INSTITUTION

**Part A – INMATE REQUEST**

I'm writing on the matter that I haven't Recieve my (FSA) time credit from me Programming/working/schooling from December 24, 2018 – Jan 15, 2020 and After. I was At Fairton FCI RDap Program And I was Working, Programing and takes my GED at the same time it was suppose to be taken off my supervised Release Because I went Home Before the credit time days kick In still Haven't Recieve them yet!

2/23/23
DATE                                                   SIGNATURE OF REQUESTER

**Part B – RESPONSE**

DATE                                                   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE        1151622-F2    CASE NUMBER: ~~~~~~~~~~~

                                                  CASE NUMBER: _____

Part C – RECEIPT
Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.     UNIT      INSTITUTION
SUBJECT: _____

DATE                              RECIPIENT'S SIGNATURE (STAFF MEMBER)
USP-LVN                                                          BP-229(13)
                                                                 APRIL 1982

**Requirement for submission of this request directly to the Regional Director, Bureau of Prisons.**

When the inmate believes that he may be adversely affected by submission of this request at the institution level because of the sensitive nature of complaint, he may address his complaint to the Regional Director. He must clearly indicate a valid reason for not initially bringing his complaint the attention of the institution staff.

If the inmate does not provide a reason, or if the Regional Director or his designee believes that the reason supplied is not adequate, the inmate will be notified that the complaint has not been accepted. The form sent to the Regional Director will not be returned. However, the inmate may prepare a new request and submit it at the institution if he wishes.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 15, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ATWATER USP

TO  : TRAVIS SANTALE SULTON, 27705-171
      ATWATER USP    UNT: 5A    QTR: E54-230U
      P.O. BOX 019001
      ATWATER,  CA 95301


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1151622-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : FEBRUARY 15, 2023
SUBJECT 1       : OTHER SENTENCE COMPUTATION
SUBJECT 2       :
INCIDENT RPT. NO:

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 2: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REJECT REASON 3: SEE REMARKS.

REMARKS         : SUBMIT ORIGINAL DOCUMENTS WITH THE NEW FILE.

Case 1:23-cv-00709-CDB   Document 1   Filed 05/08/23   Page 14 of 15
Case: 3:14-cr-00736, Document: 644, Filed: 07-05-2022, Page 1 of 4
AO 245D    (SCDC Rev. 02/18) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
### District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| TRAVIS SANTALE SULTON<br>a/k/a "Hip" | Case No:  3:14-736 (6)<br>USM No: 27705-171 |
| | Jenny Smith, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt or did not contest to violation of conditions of the term of probation.

☐ was found in violation of condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Conduct | May 5, 2022 |
| 2 | New Criminal Conduct | May 5, 2022 |
| 3 | New Criminal Conduct | May 5, 2022 |
| 4 | New Criminal Conduct | May 5, 2022 |
| 5 | New Criminal Conduct | May 5, 2022 |
| 6 | New Criminal Conduct | April 28, 2022 |
| 7 | Use/Possession of Illegal Drugs | December 28, 2020 |
| 8 | Use/Possession of Illegal Drugs | March 2, 2022 |
| 9 | New Criminal Conduct | December 28, 2020 |
| 10 | New Criminal Conduct | June 3, 2021 |

The defendant is sentenced as provided in pages 2 through <u>4</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:
    1625
Defendant's Year of Birth:
    1983
City and State of Defendant's Residence:
    Columbia, South Carolina

June 29, 2022
Date of Imposition of Judgment

s/Terry L. Wooten
Signature of Judge

Terry L. Wooten, Senior United States District Judge
Name and Title of Judge

7/5/2022
Date

[A] court may grant a preliminary injunction if a plaintiff shows (1) a strong {2007 U.S. Dist. LEXIS 2} likelihood of success on the merits, (2) the possibility of irreparable injury to plaintiff if preliminary relief is not granted, (3) a balance of hardships favoring the plaintiff, and (4) advancement of the **public interest** (in certain cases). Alternatively, a court may grant a preliminary injunction if a plaintiff demonstrates either a combination of probable success on the merits and the possibility of irreparable harm or that serious questions are raised and the balance of hardships tips sharply in his favor. *Earth Island Institute v. United States Forest Svc.*, 442 F.3d 1147, 1158 (9th Cir. 2006) (internal citations and quotations omitted).

The Anti-Injunction Act provides,

6yicases                                                1

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

20492509

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)